# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERRI G. SMITKO

VERSUS

MARISSA ACHEE AND KIEL
THERIOT, II

NO.  2019 CW 1020

August 16, 2019

---

In Re:  Kiel Theriot, II, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 185476.

---

BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT